IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-cv-42-F

| | |
|---|---|
| COUNTY OF BRUNSWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) BERKADIA COMMERCIAL |
| | ) MORTGAGE LLC'S MOTION FOR |
| SHALLOTTE PARTNERS, LLC, et al., | ) SUBSTITUTION OF PARTY AND |
| | ) TO REMAND THE CASE |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Motion of Berkadia Commercial Mortgage LLC ("Berkadia") to substitute Berkadia in the place and stead of the United States Department of Housing & Urban Development ("HUD") pursuant to Fed. R. Civ. P. 25(c) as the transferee of the interest of HUD, and to, thereafter, remand this case to state court. The Court, having reviewed the pleadings, and seeing the consent of counsel for HUD and Plaintiff, is of the opinion that the motion should be allowed.

It is therefore Ordered that Berkadia is substituted in the place and stead of the United States Department of Housing & Urban Development ("HUD") pursuant to Fed. R. Civ. P. 25(c) as the transferee of the interest of HUD, and this case is hereby remanded to state court.

This the 14th day of March, 2014.

_James C. Fox_
James C. Fox
Senior United States District Judge